UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                        )
HOUSTON CASUALTY COMPANY,               )
                                        )        No.  C18-9RSL
                        Plaintiff,      )
         v.                             )
                                        )        ORDER TO SHOW CAUSE
NORTHWEST BORING COMPANY, Inc.,         )
                                        )
                                        )
                        Defendant.      )
_____)

        This matter comes before the Court *sua sponte*.  The complaint in the above-
captioned matter was filed on January 3, 2018.  To date, service of the summons and complaint
has not been made on defendant as required by Fed. R. Civ. P. 4(m).  Plaintiff is hereby
ORDERED to show cause why the complaint should not be dismissed.  Plaintiff shall file a
responsive brief no later than May 4, 2018.


        DATED this 19th day of April, 2018.


                                        Robert S. Lasnik
                                        United States District Judge


ORDER TO SHOW CAUSE