UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOUSTON CASUALTY COMPANY, a Texas corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>NORTHWEST BORING COMPANY, INC. a Washington corporation,<br><br>　　　　　　　Defendant. | NO.  2:18-cv-00009 RSL<br><br>NOTICE OF DISMISSAL |

TO:　Clerk of the Court; and

TO:　Defendant

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff hereby files this Notice of Dismissal, dismissing this action.

　　　Dated this 6th day of July, 2018.

　　　　　　　　　　　　GORDON THOMAS HONEYWELL LLP


　　　　　　　　　　　　By /s/ Michael E. Ricketts
　　　　　　　　　　　　　　Michael E. Ricketts, WSBA No. 9387
　　　　　　　　　　　　　　mricketts@gth-law.com
　　　　　　　　　　　　Attorneys for Plaintiff Houston Casualty Company

NOTICE OF DISMISSAL - 1 of 2
(2:18-cv-00009 RSL)
[4820-8015-2679]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 -  FACSIMILE (206) 676-7575

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to those attorneys of record registered on the CM/ECF system.

/s/ Karen L. Calkins
Karen L. Calkins, Legal Assistant
GORDON THOMAS HONEYWELL LLP

NOTICE OF DISMISSAL - 2 of 2
(2:18-cv-00009 RSL)
[4820-8015-2679]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 -  FACSIMILE (206) 676-7575